**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-6656**

_____

UNITED STATES OF AMERICA,

  Plaintiff - Appellee,

 v.

JAMES ROBERT LISENBY, a/k/a James Robert Ratliff,

  Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:12-cr-00132-D-1)

_____

Submitted:  September 22, 2022                    Decided:  September 27, 2022

_____

Before WILKINSON, DIAZ, and RUSHING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

James Robert Lisenby, Appellant Pro Se.  Michael Bredenberg, Special Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Robert Lisenby appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release.  After reviewing the record, we conclude that the district court did not abuse its discretion in denying Lisenby's motion. *See United States v. High*, 997 F.3d 181, 185 (4th Cir. 2021) (stating standard of review). Accordingly, we affirm for the reasons stated by the district court. *United States v. Lisenby*, No. 5:12-cr-00132-D-1 (E.D.N.C. May 27, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*